EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | 31A-2018-163 |
| [X] EEOC | 31A-2018-00172 |

**Fort Worth Human Relations Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Brandon E. Walker** | **(214) 840-9589** | **1981** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2064 Joyner Ranch Road** | **Fort Worth, TX 76134** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **TARRANT COUNTY SHERIFF'S OFFICE** | **15 +** | **(817) 884-3099** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1501 Circle Drive** | **Fort Worth, TX 76119** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **TARRANT COUNTY SHERIFF'S OFFICE** | **15+** | **(817) 884-3099** |

| Street Address | City, State and ZIP Code |
|---|---|
| **200 N. Taylor Street** | **Fort Worth, TX 76102** |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **10-20-2017** | **07-20-2018** |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

## I. PERSONAL HARM

I believe I was subjected to a difference in treatment due to race throughout my employment. I complained of the treatment and received a negative performance review and other adverse personnel actions in retaliation to my complaints.

## II. RESPONDENT'S REASON FOR ADVERSE ACTION

No reason given for the difference in treatment.
On or around November 2, 2017, I was transferred to Patrol Division; no reason was given.
On or around May 15, 2018, Commander Bond denied my appeal to my 2017 work performance evaluation.

## III. DISCRIMINATION STATEMENT

I believe I have been discriminated and retaliated against because of my, race African American/Black, in violation of the Title VII of the Civil Rights Act of 1964, as amended, City of Fort Worth's Fair Employment Ordinance No. 7278, as amended, and the Texas Commission on Human Rights Act because:

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Aug 15, 2018** — X [signature]

*Date* — *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

X [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

[signature] 08/15/2018

CLAUDIA D. PALACIOS
My Notary ID # 128709307
Expires August 17, 2019

TC 00027

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | **31A-2018-163** |
| | [X] EEOC | **31A-2018-00172** |

**Fort Worth Human Relations Commission** and EEOC

*State or local Agency, if any*

Throughout my employment I have complained to management about a difference in treatment and a hostile work environment due to race. I have been subjected to racially disparaging comments, jokes, and posts. I also made complaints about management and reported violations/wrongdoing including certain illegal acts by my supervising Lieutenants. I had no previous disciplinary actions or performance issues until after I complained. Therefore, I believe I was transferred from the Narcotics Division to the Patrol Division and given a negative performance review in retaliation to my complaints. Furthermore, my May 1, 2018 appeal to my 2017 evaluation was denied without properly going through the appeal process as per policies and procedure. I filed a formal written complaint to Human Resource of the discrimination on July 20, 2018, and requested to return to the Narcotics Division. No one has reached out to me about my complaint and/or request. I believe I was treated in this manner due to my race and in retaliation to my complaints.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

X [signature]

**Aug 15, 2018** — *Date*

X [signature] — *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

[signature]

08/15/2018

CLAUDIA D. PALACIOS
My Notary ID # 128709307
Expires August 17, 2019

TC 00028