IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BRANDON WALKER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00245-BP |
| | § | |
| **TARRANT COUNTY** | § | |
| **SHERIFF'S OFFICE,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims for retaliation that Tarrant County suspended him twice for insubordination and terminated his employment under Title VII of the Civil Rights Act of 1964 are **DISMISSED**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring such costs.

3. The clerk shall transmit a true copy of this Judgment to the parties.

It is so **ORDERED** on January 23, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE